**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDRE SMITH-LOVEJOY,       )<br>                           )<br>     Plaintiff,          )<br>                           )<br> vs.                       )<br>                           )<br> PHYSICIANS MUTUAL INSURANCE; )<br> SMITH'S FOOD & DRUG STORES; NIKE )<br> SHOE COMPANY,             )<br>                           )<br>     Defendants.          )<br>                           )<br>_____) | 3:12-cv-00011-ECR-VPC<br><br>**Order** |

On February 16, 2012, we dismissed Plaintiff's Complaint (#1-1) as legally frivolous, finding that it lacked an arguable basis in either law or fact.  In his new Motion (#14), Plaintiff seeks appointment of counsel and the re-opening of the case.  Plaintiff's motion must be denied because he has presented no new reason to re-open the case.  Plaintiff's Motion (#14) sets forth the same frivolous allegations as the Complaint (#1-1) and must therefore be dismissed.

**IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's Motion (#14) will be **DENIED**.

The Clerk shall not accept any further filings in this matter.

DATED: September 19, 2012.

_____
UNITED STATES DISTRICT JUDGE